Nathan A. Fluter, Esq.
NATHAN A. FLUTER & ASSOCIATES, PLLC
1917 S. Higgins Ave.
Missoula, Montana 59801
Tel: (503) 329-6655
Email: nathan@fluterlaw.com

*Attorney for Defendants Bitterroot Timber Frames, LLC,
Three Mile Creek Post & Beam, LLC, Insulation Evolution,
Brett Mauri, The Creamery, LLC, Creamery Building, LLC,
and Carrie A. McEnroe*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| BRIAN KENNER,<br>         Plaintiff,<br>vs.<br><br>BITTERROOT TIMBER FRAMES, LLC, a Montana Limited Liability Company, THREE MILE CREEK POST & BEAM, LLC, a Montana Limited Liability Company, INSULATION EVOLUTION, a Montana For-Profit Company, BRETT MAURI, an individual, CREAMERY ANTIQUE MALL, LLC, a Montana Limited Liability Company, CREAMERY BUILDING, LLC, a Montana Limited Liability Company, CARRIE A. McENROE, an individual, JAMES MAURI, an individual, MCM DESIGNS, a For-Profit Corporation, | Cause 9:21-cv-00121-DCL-KLD<br><br>**DEFENDANTS' BITTERROOT TIMBER FRAMES, LLC, THREE MILE CREEK POST & BEAM, LLC, INSULATION EVOLUTION, CREAMERY ANTIQUE MALL, LLC, AND CREAMERY BUILDING, LLC CORPORATE DISCLOSURE STATEMENT** |

| | |
|---|---|
| RAMONA "MONA" COSTA aka RAMONA COSTA-MAURI, an individual, THE ARGUS COMPANY, a California For-Profit Company, MICHAEL E. GAY, an individual, and JOHN DOES 1-10,<br>           Defendants. | |

This Corporate Disclosure Statement is filed for and on behalf of Defendants, Bitterroot Timber Frames, LLC, Three Mile Creek Post & Beam, LLC, Insulation Evolution, Creamery Antique Mall, LLC, and Creamery Building, LLC.

Pursuant to Federal Rules of Civil Procedure 7.1, the Defendants states:

  X   Defendants Bitterroot Timber Frames, LLC, Three Mile Creek Post & Beam, LLC, Insulation Evolution, Creamery Antique Mall, LLC, and Creamery Building, LLC have no parent company and no publicly traded company owns 10% or more of any of their stock.

DATED this 10th day of December, 2021.

NATHAN A. FLUTER & ASSOCIATES, PLLC

/s/ Nathan A. Fluter
Nathan A. Fluter, Esq.

*Attorney for Defendants Bitterroot Timber Frames, LLC, Three Mile Creek Post & Beam, LLC, Insulation Evolution, Brett Mauri, The Creamery,*

*LLC, Creamery Building, LLC, and Carrie A. McEnroe*