IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| BRIAN KENNER,<br><br>    Plaintiff,<br><br>v.<br><br>BITTERROOT TIMBER FRAMES, LLC, a Montana Limited Liability Company; THREE MILE CREEK POST & BEAM, LLC, a Montana Limited Liability Company; INSULATION EVOLUTION, a Montana For Profit Company; BRETT MAURI, an individual; CREAMERY ANTIQUE MALL, LLC, a Montana Limited Liability Company; CREAMERY BUILDING, LLC, a Montana Limited Liability Company; CARRIE A. McENROE, an individual, JAMES MAURI, an individual, MCM DESIGNS, a For-Profit Corporation, RAMONA "MONA" COSTA aka ROMONA COSTA-MAURI, an individual; and JOHN DOES 1-10,<br><br>    Defendants. | CV-21-120-M-KLD<br><br>ORDER |

The Court held a telephonic preliminary pretrial conference in this case on January 12, 2022. As agreed to by the parties during the conference, this matter is stayed pending a ruling on Plaintiff Brian Kenner's Motion to Dismiss Pursuant to

Federal Rule of Civil Procedure 41(a)(2) (Doc. 26) and no pretrial schedule will be entered at this time.

    IT IS SO ORDERED.

    DATED this 12th day of January, 2022.

                                        Kathleen L. DeSoto
                                        United States Magistrate Judge